



eportaluser

Expand All

| Case Number | Filed Date | Disposition Date | County | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|---|---|
| 292024CA000448A001HC [24-CA-000448] | 01/04/2024 | | HILLSBOROUG | Discrimination | Open | No | No |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| HUEY, PAUL LEE | JUDGE | | |
| MATTOX , MARIE A | ATTORNEY | | |
| BROWN , MALLORY BENNETT | ATTORNEY | | |
| BRYANT, ERICA | PLAINTIFF | MATTOX, MARIE A | 739685 |
| BOARD OF TRUSTEES FOR THE UNIV | DEFENDANT | MIMS, JADIE R. | 1002318 |
| FLORIDA DEPARTMENT OF EDUCATIO | DEFENDANT | BROWN, MALLORY BENNETT | 124039 |
| MIMS, JADIE R IV | ATTORNEY | | |
| FINNERTY, BRIAN OSHEA | ATTORNEY | | |
| THOMPSON , THOMAS ROBERT | ATTORNEY | | |
| KITCHEN , FRANK DAMON | ATTORNEY | | |

**Dockets**

Page : 1    ALL

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| 📄 | 28 | 03/18/2024 | JOINTDEFENDANTS' JOINT NOTICE OF CANCELLATION OF ZOOM HEARING ON THEIR PENDING MOTIONS TO DISMISS PLAINTIFF'S COMPLAINT 04/01/24 AT 10:00 AM | 2 |
| 📄 | 27 | 03/12/2024 | NOTICE OF APPEARANCE | 2 |
| | 25 | 03/11/2024 | AMENDED COMPLAINTCOS 3/11/24 / NO EXHIBITS | |
| 📄 | 26 | 03/08/2024 | NOTICE OF HEARINGZOOM - Monday, April 1, 2024, at 10:00 a.m. | 3 |
| 📄 | 24 | 03/08/2024 | NOTICE OF APPEARANCE | 2 |
| 📄 | 23 | 03/08/2024 | NOTICE OF CANCELLATIONOF DEPOSITION OF PLAINTIFF MARCH 20, 2024@9:00 AM | 2 |
| 📄 | 22 | 02/14/2024 | NOTICE OF APPEARANCE | 2 |
| 📄 | 21 | 02/14/2024 | NOTICE OF TAKING DEPOSITION | 2 |
| 📄 | 20 | 02/14/2024 | NOTICE OF APPEARANCE | 2 |
| | 19 | 01/23/2024 | COPY OFRECEIPT FOR FILE MAILED BACK TO LEON COUNTY CLERK - MAILED WITH NEW MEDIA DEVICE | |
| | 18 | 01/23/2024 | MEDIA DEVICES FILED FROM LEON COUNTY TRANSFERRED CASE | |
| | 17 | 01/23/2024 | CERTIFIED COPY OFDOCKET REPORT FROM LEON COUNTY TRANSFERRED CASE - MAILED WITH NEW MEDIA DEVICE | |
| | 16 | 01/23/2024 | CERTIFIED COPY OFORDER TRANSFERRING VENUE FROM LEON COUNTY TRANSFERRED CASE - MAILED WITH NEW MEDIA DEVICE | |
| 📄 | 15 | 01/18/2024 | LETTER FROM CLERKTO PLAINTIFF'S COUNSEL REQUESTING FILING FEE | 1 |
| 📄 | 14 | 01/18/2024 | TRANSMITTAL LETTERMAILED TO ALL PARTIES | 1 |
| 📄 | 14 | 01/18/2024 | TRANSMITTAL LETTERMAILED TO ALL PARTIES | 1 |
| 📄 | 14 | 01/18/2024 | TRANSMITTAL LETTERMAILED TO ALL PARTIES | 1 |
| 📄 | 3 | 01/18/2024 | General Differentiated Case Management Order | 8 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 1 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 1 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 1 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 2 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 2 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 5 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 1 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 12 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 1 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 2 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 1 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 4 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 1 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 3 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 3 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 2 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 2 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 2 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 2 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 2 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 2 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 2 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 7 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 4 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 1 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other PleadingsFROM LEON COUNTY TRANSFERRED CASE | 1 |

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| 📄 | 13 | 01/04/2024 | Event To Hold All Other Pleadings FROM LEON COUNTY TRANSFERRED CASE | 1 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other Pleadings FROM LEON COUNTY TRANSFERRED CASE | 1 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other Pleadings FROM LEON COUNTY TRANSFERRED CASE | 3 |
| 📄 | 13 | 01/04/2024 | Event To Hold All Other Pleadings FROM LEON COUNTY TRANSFERRED CASE | 2 |
| 📄 | 12 | 01/04/2024 | COPY OF DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE FROM LEON COUNTY TRANSFERRED CASE | 8 |
| 📄 | 11 | 01/04/2024 | COPY OF DEFENDANT'S MOTION TO DISMISS COUNTS 1 & 3 OF PLAINTIFF'S COMPLAINT FROM LEON COUNTY TRANSFERRED CASE | 19 |
| 📄 | 10 | 01/04/2024 | COPY OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FROM LEON COUNTY TRANSFERRED CASE | 4 |
| 📄 | 9 | 01/04/2024 | COPY OF RETURN OF SERVICE FROM LEON COUNTY TRANSFERRED CASE | 1 |
| 📄 | 8 | 01/04/2024 | COPY OF RETURN OF SERVICE FROM LEON COUNTY TRANSFERRED CASE | 1 |
|  | 7 | 01/04/2024 | COMPLAINT FROM LEON COUNTY TRANSFERRED CASE |  |
| 📄 | 6 | 01/04/2024 | CERTIFIED COPY OF DOCKET REPORT FROM LEON COUNTY TRANSFERRED CASE | 3 |
| 📄 | 5 | 01/04/2024 | CERTIFIED COPY OF ORDER TRANSFERRING VENUE FROM LEON COUNTY TRANSFERRED CASE | 2 |
| 📄 | 4 | 01/04/2024 | LETTER TO CLERK FROM LEON COUNTY CLERK WITH ATTACHED CASE TRANSFER | 1 |
|  | 2 | 01/04/2024 | General Differentiated Case Management Applies |  |
|  | 1 | 01/04/2024 | File Home Location - Electronic |  |

**Judge Assignment History**

**Court Events**

**Financial Summary**

**Reopen History**